U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC   3 2013

CLERK, U.S. DISTRICT COURT
By_____
    Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. |
| RICHELE NICKI MYLES (01) | § § | **3-13CR 493-B** |

## INDICTMENT

The Grand Jury Charges:

### Count One
Possession of a Firearm and Dangerous Weapon in a Federal Facility
(Violation of 18 U.S.C. § 930(b))

On or about November 8, 2013, in the Northern District of Texas, the defendant,

**Richele Nicki Myles**, with the intent that a firearm and dangerous weapon, to wit: a

Taurus, model PT 738, .380 caliber pistol, bearing serial number 78598B, be used in the

commission of a crime, to wit: an assault, did knowingly possess and cause to be present

such firearm and dangerous weapon in Building 8300 at the Grand Prairie Army Reserve

Center, a Federal facility.

In violation of 18 U.S.C. § 930(b).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Richele Nicki**

**Myles**, shall forfeit to the United States of America any firearm and ammunition involved

in the commission of the offense, including but not limited to the following:

(1) a Taurus, model PT 738, .380 caliber pistol, bearing serial number 78598B,
and any ammunition recovered.

**Indictment - Page 2**

A TRUE BILL.

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

J. MARK PENLEY
Assistant United States Attorney
Texas State Bar No. 15750700
1100 Commerce St., Suite 300
Dallas, Texas 75242-1699
Telephone: 214.659.8600
mark.penley@usdoj.gov

Indictment - Page 3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

---

## THE UNITED STATES OF AMERICA

### v.

## RICHELE NICKI MYLES

---

### INDICTMENT

**3-13CR 493-B**

18 USC § 930(b)
Possession of a Firearm and Dangerous Weapon in a Federal Facility

18 USC § 924(d) and 28 USC § 2461(c)
Forfeiture

1 Counts

---

A true bill rendered

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DALLAS                                                                              FOREPERSON

Filed in open court this __3RD__ day of December 2013.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                                                                       Clerk

**Warrant to be Issued**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES DISTRICT/MAGISTRATE JUDGE

No Criminal matter pending